1
2
3
4
5
6
7

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 27 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8  UNITED STATES DISTRICT COURT
9  CENTRAL DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,              Case No.: SA 09-176M
12                    Plaintiff,          ORDER OF DETENTION
13 vs.
14 Cordery, Curtis Brad
15                    Defendant.
16

17                              I.

18 A.   ( )   On motion of the Government in a case allegedly involving:
19    1.  ( )   a crime of violence.
20    2.  ( )   an offense with maximum sentence of life imprisonment or death.
21    3.  ( )   a narcotics or controlled substance offense with maximum sentence
22              of ten or more years.
23    4.  ( )   any felony - where defendant convicted of two or more prior
24              offenses described above.
25    5.  ( )   any felony that is not otherwise a crime of violence that involves a
26              minor victim, or possession or use of a firearm or destructive device
27              or any other dangerous weapon, or a failure to register under 18
28              U.S.C. § 2250.

B.  (X) On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

   ( ) On the further allegation by the Government of:
   1.  (X) a serious risk that the defendant will flee.
   2.  ( ) a serious risk that the defendant will:
      a.  ( ) obstruct or attempt to obstruct justice.
      b.  ( ) threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.  The Government ( ) is/(X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.  (X) The Court finds that no condition or combination of conditions will reasonably assure:
   1.  (X) the appearance of the defendant as required.
      (X) and/or
   2.  (X) the safety of any person or the community.

B.  ( ) The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A.  (X) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.  (X) the weight of evidence against the defendant;

1  C.   (✘)   the history and characteristics of the defendant; and
2  D.   (✘)   the nature and seriousness of the danger to any person or the community.

### IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

### V.

The Court bases the foregoing finding(s) on the following:

A.   (✘)   As to flight risk: _backgrd, cnty ties unknown; bail resources unknown; fugitive status since 7/3/08_

B.   (✘)   As to danger: _nature of allegations_

|   |   |
|---|---|
| 1 | **VI.** |
| 2 | A.    ( )    The Court finds that a serious risk exists the defendant will: |
| 3 |             1.    ( )    obstruct or attempt to obstruct justice. |
| 4 |             2.    ( )    attempt to/ ( ) threaten, injure or intimidate a witness or juror. |
| 5 | B.    The Court bases the foregoing finding(s) on the following: |
| 6 | _____ |
| 7 | _____ |
| 8 | _____ |
| 9 |   |
| 10 | **VII.** |
| 11 | A.    IT IS THEREFORE ORDERED that the defendant be detained prior to trial. |
| 12 | B.    IT IS FURTHER ORDERED that the defendant be committed to the custody of |
| 13 |         the Attorney General for confinement in a corrections facility separate, to the |
| 14 |         extent practicable, from persons awaiting or serving sentences or being held in |
| 15 |         custody pending appeal. |
| 16 | C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable |
| 17 |         opportunity for private consultation with counsel. |
| 18 | D.    IT IS FURTHER ORDERED that, on order of a Court of the United States or on |
| 19 |         request of any attorney for the Government, the person in charge of the |
| 20 |         corrections facility in which defendant is confined deliver the defendant to a |
| 21 |         United States marshal for the purpose of an appearance in connection with a |
| 22 |         court proceeding. |
| 23 |   |
| 24 | DATED:  4/27/09 |
| 25 |                                              ROBERT N. BLOCK |
| 26 |                                              UNITED STATES MAGISTRATE JUDGE |